**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Plaintiff/Counter-Defendant
Vita Bella Homeowners Association*

# UNITED STATES DISTRICT COURT

### For the District of Nevada

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a California Corporation; TERENCE IMEL, an individual, DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants,<br><br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant<br><br>v.<br><br>VITA BELLA HOMEOWNERS ASSOCIATION<br><br>Counter-Defendant, | Case No.: 2:15-cv-00515-JCM-VCF<br><br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF VITA BELLA HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO COUNTERCLAIM (#6)**<br><br>**FIRST REQUEST** |

Plaintiff/Counter-Defendant Vita Bella Homeowners Association ("Association") and Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Fannie Mae filed an Answer and Counterclaim on March 23, 2015 (#6).

2. Pursuant to Local Rule, an Answer to the Counterclaim is due on April 13, 2015.

Association and Fannie Mae by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Counterclaim. Association shall have up to and including April 27, 2015, to file its Response.

DATED this 14th day of April, 2015.                    DATED this 14th day of April, 2015.

**LEACH JOHNSON SONG & GRUCHOW**                        **WOLFE & WYMAN LLP**


/s/ Ryan D. Hastings                                    /s/ Colt B. Dodrill
SEAN L. ANDERSON                                        COLT B. DODRILL
Nevada Bar No. 7259                                     Nevada State Bar No. 9000
sanderson@leachjohnson.com                              lhart@fclaw.com
RYAN D. HASTINGS                                        980 Kelly Johnson Drive, Ste. 140
Nevada Bar No. 12394                                    Las Vegas, NV 89119
rhastings@leachjohnson.com                              Phone: (702) 476-0100
8945 W. Russell Road, Suite 330                         Fax: (702) 476-0101
Las Vegas, Nevada 89148                                 *Attorneys for Defendant/Counterclaimant*
*Attorney for Plaintiff/Counter-Defendant Vita          *Federal National Mortgage Association*
Bella Homeowners Association*

### ORDER

IT IS SO ORDERED.

Dated this ___15th___ day of April, 2015.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

-2-