# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>    Defendants. | 2:15-cv-00515-JCM-VCF<br>**ORDER** |

Before the court is the Federal Housing Finance Agency's motion to intervene, as conservator of the Federal National Mortgage Association. Docket No. 9. Any response was due no later than May 3, 2015. To date, no response has been filed opposing the motion. Under Local Rule 7-2(d), [t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Here, the motion may be granted as unopposed. The Court has also reviewed the motion and finds good cause for granting it.

Accordingly, for good cause shown,

IT IS HEREBY ORDERED that Proposed Intervenor Federal Housing Finance Agency's Motion to Intervene (#11) is GRANTED. The proposed Answer and Counterclaims by Intervenor the Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association (#11-1) must be filed no later than May 15, 2015.

DATED this 7th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE