# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION, | |
| Plaintiff, | 2:15-cv-00515-JCM-VCF |
| vs. | **ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, | |
| Defendants. | |

Before the court is *Vita Bella Homeowners Association v. Federal National Mortgage Association, et al.*, case number 2:15-cv-00515-JCM-VCF . On March 23, 2015, Defendant Federal National Mortgage Association filed its Answer to the Complaint and Counterclaim. To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., June 2, 2015, in courtroom 3D. The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 11th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE