UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

VITA BELLA HOMEOWNERS ASSOCIATION,

        Plaintiff,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

        Defendants.

2:15-cv-00515-JCM-VCF

**ORDER**

        This matter is before the Court is Fannie Mae and FHFA's Motion to Stay Discovery (#22). Fannie Mae and FHFA request that discovery in this matter be stayed pending relevant rulings in ongoing District of Nevada cases. Fannie Mae and FHFA represent that the central legal question in this case is also in four current cases: *Saticoy Bay LLC Series 1702 Empire Mine v. Fannie Mae* (2:14-cv-01975-KJD-NJK), *Elmer v. JP Morgan Chase Bank NA* (2:14-cv-01999-GMN-NJK), *Williston Investment Group, LLC v. JP Morgan Chase Bank, NA* (2:14-cv-02038-GMN-PAL), and *Skylights LLC v. Fannie Mae* (2:15-cv-00043-GMN-VCF). *Id.* On July 13, 2015, the court granted Freddie Mac and FHFA's Motions for Summary Judgment in *Elmer v. JP Morgan Chase Bank NA* (2:14-cv-01999-GMN-NJK), *Williston Investment Group, LLC v. JP Morgan Chase Bank, NA* (2:14-cv-02038-GMN-PAL), and *Skylights LLC v. Fannie Mae* (2:15-cv-00043-GMN-VCF). A decision on the motion for summary judgment has not been entered in *Saticoy Bay LLC Series 1702 Empire Mine v. Fannie Mae* (2:14-cv-01975-KJD-NJK).

        Fannie Mae and FHFA request a stay in order to avoid the expense of potentially unnecessary discovery. (#22). Fannie Mae and FHFA have sufficiently established good cause for granting the stay of discovery until the summary judgment motions in the related cases have been decided. Here, a decision has not been reached in one of the related cases.

Accordingly,

IT IS HEREBY ORDERED that Fannie Mae and FHFA's Motion to Stay Discovery (#22) is granted. Discovery is stayed until an order has been issued on the motion for summary judgment in Case No. 2:14-cv-01975-KJD-NJK.  The parties must promptly notify the Court in this case of the decision on the motion for summary judgment in Case No. 2:14-cv-01975-KJD-NJK. If necessary, the parties must file a proposed discovery plan and scheduling order within 14 days of the decision on the motion for summary judgment.

DATED this 20th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE