UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Defendant. | 2:15-cv-00515-JCM-VCF<br>**ORDER** |

Before the Court is *Vita Bella Homeowners Association v. Federal National Mortgage Association, et al.*, case no. 2:15-cv-00515-JCM-VCF.

IT HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., June 6, 2016, in courtroom 3D.

DATED this 16th day of May, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE