# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION, | |
| Plaintiff, | 2:15-cv-00515-JCM-VCF |
| | **MINUTE ORDER** |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*, | |
| Defendants. | |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 11:00 a.m., December 6, 2016 is VACATED and RESCHEDULED to 3:00 p.m., December 9, 2016, in Courtroom 3D.

DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE