Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Intervenor Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a California corporation; TERENCE IMEL, an individual, DOES I-X; AND ROE CORPORATIONS XI-22, inclusive,<br><br>　　　　　　Defendants.<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>　　　　　　Intervenor. | CASE NO. 2:15-cv-00515-JCM-VCF<br><br>**UNOPPOSED MOTION TO RESCHEDULE THE STATUS HEARING CURRENTLY SCHEDULED FOR DECEMBER 9, 2016 AT 3:00 PM** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　Counterclaimant,<br>and<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br><br>　　　　　　Intervenor.<br>v.<br><br>VITA BELLA HOMEOWNERS ASSOCIATION,<br><br>　　　　　　Counter-defendant. | |

Intervenor the Federal Housing Finance Agency ("FHFA"), as Conservator for Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae"), respectfully requests that the Court reschedule the status hearing scheduled for December 9, 2016 at 3:00 p.m. in courtroom 3D, pursuant to the Court's Minute Order filed October 14, 2016 (ECF No. 49).  The parties, through their attorneys of record, have graciously agreed to submit this request as an unopposed motion, as the undersigned counsel for FHFA would attest.

FHFA's counsel, Leslie Bryan Hart, has a conflict on this date and is unable to attend the hearing on December 9, 2016.  All parties' counsel and the undersigned are available the morning of December 7th or December 8th, 2016, as alternative dates for the status hearing should those dates be convenient for the Court.

DATED this 2nd day of November, 2016.

FENNEMORE CRAIG, P.C.

By:   /s/   Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Intervenor Federal Housing Financing Agency*

IT IS HEREBY ORDERED that the status hearing scheduled for December 9, 2016 is VACATED and RESCHEDULED to 3:00 p.m., December 7, 2016, in Courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-3-2016

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 2nd day of November, 2016, a true and correct copy of the **UNOPPOSED MOTION FOR CONTINUANCE OF STATUS HEARING CURRENTLY SCHEDULED FOR DECEMBER 9, 2016 AT 3:00 PM,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case.  If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Edward J Song, Esq. - esong@leachjohnson.com

Nicole Guralny, Esq. - nguralny@leachjohnson.com

Ryan D. Hastings, Esq. - rhastings@leachjohnson.com

Colt B. Dodrill, Esq. - cbdodrill@wolfewyman.com

Richard G. Verlander, Esq. – rgverlander@wolfewyman.com

Sean L. Anderson       sanderson@leachjohnson.com

Timothy C. Pittsenbarger       cpittsenbarger@leachjohnson.com

　　　　　　　　　　　　　　　　　　　　/s/   Pamela Carmon
　　　　　　　　　　　　　　　　　　An Employee of Fennemore Craig, P.C.

12202930.1/038236.0001