# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION,<br><br>           Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>           Defendants. | 2:15-cv-00515-JCM-VCF<br>**ORDER** |

On December 7, 2016, a status hearing was held and the court stayed the case pending decision on the motion for summary judgment. (ECF No. 52). A status conference was scheduled for April 17, 2017. *Id.* On March 9, 2017, Judge Mahan granted the motion for summary judgment. (ECF No. 54). Plaintiff has appealed Judge Mahan's Order. (ECF No. 55).

Accordingly,

IT IS HEREBY ORDERED that the status conference scheduled for April 17, 2017 is VACATED.

DATED this 14th day of April, 2017.

                                                                              _____
                                                                              CAM FERENBACH
                                                                               UNITED STATES MAGISTRATE JUDGE