UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VITA BELLA HOMEOWNERS ASSOCIATION,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-CV-515 JCM (VCF)<br><br>ORDER |

Presently before the court is *Vita Bella Homeowners Association v. Federal National Mortgage Association et al*, case number 2:15-cv-00515-JCM-VCF.

On March 9, 2017, this court granted defendants Federal Housing Finance Agency and Federal National Mortgage Association's motion for summary judgment. (ECF No. 54). On April 7, 2017, plaintiff Vita Bella Homeowners Association filed a notice of appeal. (ECF No. 55). On August 28, 2017, the Ninth Circuit dismissed plaintiff's appeal for failure to prosecute. (ECF No. 59). No party has filed anything with this court since the issuance of the order on mandate dismissing plaintiff's notice of appeal. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall, on or before January 21, 2018, file a joint status report. Failure to file a joint status report will result in dismissal of plaintiff's complaint for failure to prosecute.

DATED December 29, 2017.

　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**